UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| RUSSELL SCHUMEL,<br>ALEX JAMES KOWALSKI,<br>HOLLY KAY KOWALSKI,<br><br>      Plaintiffs,<br><br>v.<br><br>BANK MUTUAL CORPORATION,<br>MICHAEL T. CROWLEY, JR.,<br>DAVID A BAUMGARTEN,<br>RICHARD A. BROWN,<br>MARK C. HERR,<br>MIKE I. SHAFIR,<br>DAVID C. BOERKE,<br>LISA A. MAUER,<br>ROBERT B. OLSON,<br>THOMAS H. BUESTRIN,<br>WILLIAM J. MIELKE, and<br>ASSOCIATED BANC-CORP,<br><br>      Defendants. | Case No. 17-cv-1240-pp |

## ORDER OF RECUSAL

Under 28 U.S.C. §455(a) and Canon 3(C)(1) of the Code of Conduct for United States Judges, I recuse myself from further participation in this case.

The court **ORDERS** that the clerk's office randomly assign this case to another judge in the Eastern District of Wisconsin.

Dated in Milwaukee, Wisconsin this 19th day of September, 2017.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**United States District Judge**